No. 12,452.

STATE OF LOUISIANA VS. CHARLES JAMMERSON, ALIAS DOZEY, ALIAS BLACK.

A PPEAL from the Ninetaenth Judicial District Court for the Par-ish of Iberia. *Voorhies, J.*

---

*A. & Charles Fontelieu* for Defendant, Appellant.

---

Submitted on briefs March 20, 1897.
Opinion handed down March 29, 1897.

---

The opinion of the court was delivered by

WATKINS, J. This case is identical with that of same title, *ante*, p. 597, this day decided.

For the reasons therein assigned the judgment is affirmed.